Peterborough District Court, No. 6021.

STATE *v.* BRUCE FOX.

October 30, 1970.

*Warren B. Rudman,* Attorney General and *W. Michael Dunn,* Assistant Attorney General, by brief for the State.

*William D. Tribble* for the defendant, filed no brief.

PER CURIAM. Defendant is charged with operating a motor vehicle while under the influence of intoxicating liquor in vio- lation of RSA 262-A:62.

He is the person to whom the report on the blood of David Traxler was sent by mistake. *See State* v. *Traxler,* 110 N.H. 410, 269 A.2d 864 ( 1970 ). Defendant did not receive a copy of the report of his test within forty-eight hours after August 1, 1969 when it was received by the Department of Safety, as provided in RSA 262-A:69-a. He received actual notice of it on August 1, 1969, and a copy on August 5, 1969.

The prosecution in this case asked for a preliminary hearing on the admissibility of the evidence of the test. The matter was transferred here by *Brighton*, J., District Court Justice.

This case is governed by *State* v. *Traxler supra*, which held that the statute does not require the exclusion of the evidence solely because of the failure of the defendant to receive a copy of the report within forty-eight hours.

*Remanded.*

KENISON, C.J., did not sit.